UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br>BRIDGETT VALENCIA SCOTT<br><br>DEBTOR(S) | )  CHAPTER 13<br>)<br>)  CASE NO. R10-40820-MGD<br>)<br>) |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: BRIDGETT VALENCIA SCOTT
Check Number: 2412269
Check Date: 12/17/2013
Check Amount: $2,474.06

These funds are being remitted to the Registry because the payee has not claimed the funds.

### CERTIFICATE OF SERVICE

This is to certify that I have this day, January 14, 2014 , served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

BERRY & ASSOCIATES
2751 BUFORD HIGHWAY SUITE 400
ATLANTA, GA  30324

/S/
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110